| | | | |
|---|---|---|---|
| State v. Murry† | 2015AP001745 | 03-01-2017 | Affirmed |
| State v. Henning-field†† | 2015AP001824 CR | 03–15–2017 | Affirmed |
| State v. Castillo-Dominguez† | 2015AP001960 CR | 03–30–2017 | Affirmed |
| Sustrick v. Stephenson Nat'l Bank & Tr. | 2015AP002065 | 03–21–2017 | Affirmed |
| State v. Nicholson† | 2015AP002154 CR through 2015AP002155 CR | 03–07–2017 | Affirmed |
| Kenosha County DHS v. C.D.K. | 2015AP002179 | 03–30–2017 | Affirmed |
| Hart v. ASFFH Corp. | 2015AP002365 | 03–07–2017 | Affirmed |
| Fun Services of Kansas City v. National Cas. Co.† | 2015AP002367 | 03–16–2017 | Affirmed |
| Milwaukee Police Ass'n v. City of Milwaukee† | 2015AP002375 | 03–23–2017 | Affirmed |
| State v. Adames† | 2015AP002410 CR | 03–14–2017 | Affirmed |
| State v. Mantie† | 2015AP002443 CR | 03–07–2017 | Affirmed |
| State v. Alwin | 2015AP002454 CR | 03–14–2017 | Affirmed |
| State v. Church | 2015AP002513 CR through 2015AP002515 CR | 03–09–2017 | Reversed and remanded |
| State v. Alexander† | 2015AP002530 CR | 03–08–2017 | Affirmed |
| Yacoub v. Yacoub | 2015AP002557 | 03–14–2017 | Affirmed |
| State v. Ward | 2015AP002638 CR | 03–21–2017 | Affirmed |
| Jones v. Haller | 2016AP000004 | 03–14–2017 | Affirmed |
| State v. Lockhart | 2016AP000010 CR through 2016AP000011 CR | 03–07–2017 | Affirmed |
| Webster v. Krizan | 2016AP000025 | 03–28–2017 | Affirmed |

† Petition to review filed.
†† Petition to review denied.